# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**AMBER JOHNSON**
ADC #714325                                                                                   **PETITIONER**

V.                          NO. 4:24-cv-00403-JM-ERE

**DEXTER PAYNE,**
Director, Arkansas Department of Correction                       **RESPONDENT**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that pursuant to the Judgment entered together with this Order, this action is DISMISSED WITHOUT PREJUDICE, and the Clerk is instructed to close the case.

IT IS SO ORDERED, this 18th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE