# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**AMBER JOHNSON**
**ADC #714325**                                                                                **PETITIONER**

**V.**                           **NO. 4:24-cv-00403-JM-ERE**
**DEXTER PAYNE,**
**Director, Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE.  All relief sought is denied, and the case is closed.

IT IS SO ORDERED, this 18th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE